## James Miller, Appellee, v. Geneva A. Miller, Appellant.

### Gen. No. 10,362.

Streeter & Nichols, and Wayne P. Dyer, for appellant; T. R. Johnston, for appellee. PER CURIAM. Not to be published in full. Opinion filed May 4, 1950; released for publication May 23, 1950.